# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| WEITH, DANIEL § | Case No. 17-31152 |
| WEITH, MEREDITH § | |
| § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-31152   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WEITH, DANIEL | Date Filed (f) or Converted (c): | 10/18/17 (f) |
| | WEITH, MEREDITH | 341(a) Meeting Date: | 11/20/17 |
| For Period Ending: | 10/24/18 | Claims Bar Date: | 03/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 140 Carriage Way Dr.Unit 128C Burr Ridge IL | 193,750.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Toyota Corolla (LE Eco Sedan 4dr) mileage: | 8,800.00 | 9,500.00 | | 9,500.00 | FA |
| 3. 2013 Chevrolet Camaro (LS Coupe 2dr) mileage: | 10,500.00 | 5,200.00 | | 5,200.00 | FA |
| 4. Washer & Dryer, used household furnishings | 500.00 | 200.00 | | 0.00 | FA |
| 5. Books, cds, dvds | 50.00 | 0.00 | | 0.00 | FA |
| 6. 30 pin bose speaker (5 yrs old), 4 refurbished | 200.00 | 200.00 | | 0.00 | FA |
| 7. wii (10 yrs old), xbox 360 (5 yrs old) | 50.00 | 50.00 | | 0.00 | FA |
| 8. 20 yr old stereo, kindle, ipod, ipad mini (3 yrs | 250.00 | 0.00 | | 0.00 | FA |
| 9. Asus Zoom 3; iphone 7 (subject to installment | 200.00 | 0.00 | | 0.00 | FA |
| 10. I.C. logic and Analog I.C. linear Semiconductors | 1,335.00 | 0.00 | | 0.00 | FA |
| 11. Collectible coins (silver dollars) | 200.00 | 0.00 | | 0.00 | FA |
| 12. 10 year old treadmill, 7 year old bicycle, 26" | 50.00 | 0.00 | | 0.00 | FA |
| 13. Used wearing apparel; 3 yr old leather bomber | 500.00 | 0.00 | | 0.00 | FA |
| 14. wedding band and engagement ring (estate jewelry) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Rolex watch- stainless steel (7 years old) | 2,000.00 | 2,000.00 | | 2,325.00 | FA |
| 16. domestic cat | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2 kate spade purses (10 years old) | 30.00 | 30.00 | | 0.00 | FA |
| 18. walker; cpap machine; 2 canes; crutches | 500.00 | 0.00 | | 0.00 | FA |
| 19. DeWalt cordless drill/driver, Black & decker | 317.50 | 0.00 | | 0.00 | FA |
| 20. SnapOn Technicians Toolkit Valco Technicians | 425.00 | 0.00 | | 0.00 | FA |
| 21. Bench Digital Multi-Meter (DMM) Handheld DMM | 142.50 | 0.00 | | 0.00 | FA |
| 22. Electrical Components | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. Cash | 400.00 | 0.00 | | 0.00 | FA |
| 24. PNC | 183.18 | 0.00 | | 0.00 | FA |
| 25. PNC | 79.55 | 0.00 | | 0.00 | FA |
| 26. PNC | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 17-31152 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WEITH, DANIEL | | | Date Filed (f) or Converted (c): | 10/18/17 (f) |
| | WEITH, MEREDITH | | | 341(a) Meeting Date: | 11/20/17 |
| | | | | Claims Bar Date: | 03/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. PNC | 1,091.69 | 0.00 | | 0.00 | FA |
| 28. PNC | 1,947.59 | 0.00 | | 0.00 | FA |
| 29. Health Savings Account | 684.33 | 0.00 | | 0.00 | FA |
| 30. Prudential Stock - 42 shares | 4,588.92 | 4,588.92 | | 4,165.14 | FA |
| 31. 401(k) SGS Automotice Services Inc Employee | 74,912.34 | 0.00 | | 0.00 | FA |
| 32. IRA Fidelity Rollover IRA | 75,479.86 | 0.00 | | 0.00 | FA |
| 33. IRA Columbia Threadneedle Investments - State | 2,746.16 | 0.00 | | 0.00 | FA |
| 34. Prudential Modified Premium Whole Life, | 5,040.75 | 0.00 | | 0.00 | FA |
| 35. Prudential Pruvider Variable Appreciable Life, | 11,083.61 | 0.00 | | 0.00 | FA |
| 36. Term Life Insurance, Beneficiary: Daniel Weith | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $402,037.98 | $21,768.92 | $21,190.14 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of Prudential Financial stock.

Initial Projected Date of Final Report (TFR): 08/31/18     Current Projected Date of Final Report (TFR): 08/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 17-31152 -JBS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | WEITH, DANIEL | Bank Name: | ASSOCIATED BANK |
|  | WEITH, MEREDITH | Account Number / CD #: | *******5281 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2248 |  |  |
| For Period Ending: | 10/24/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/04/18 | 2, 3 | John J. Puljung | Sale of Automobile | 1129-000 | 14,700.00 |  | 14,700.00 |
| 03/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 16.92 | 14,683.08 |
| 04/06/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.83 | 14,661.25 |
| 05/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.09 | 14,640.16 |
| 05/31/18 | 15 | South Hamption Financial | Sale of Watch | 1129-000 | 2,325.00 |  | 16,965.16 |
|  |  |  | Sale to Anthony Davide per Order dated may 3, 2018. |  |  |  |  |
| 06/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 23.44 | 16,941.72 |
| 07/09/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 24.37 | 16,917.35 |
| 08/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 25.15 | 16,892.20 |
| 08/26/18 | 30 | Prudential | DIVIDEND PAID | 1123-000 | 37.80 |  | 16,930.00 |
| 08/26/18 | 30 | Pudential Financial, Inc. | Sale of Stock |  | 4,102.98 |  | 21,032.98 |
|  |  | PUDENTIAL FINANCIAL, INC. | Memo Amount:      4,127.34 | 1129-000 |  |  |  |
|  |  |  | Sale of Stock |  |  |  |  |
|  |  | PRUDENTIAL FINANCIAL, INC. | Memo Amount:   (    24.36 ) | 2990-000 |  |  |  |
|  |  |  | Trading Fees |  |  |  |  |
| 09/10/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 26.11 | 21,006.87 |
| 10/05/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 30.23 | 20,976.64 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
|  | Memo Allocation Receipts: | 4,127.34 | COLUMN TOTALS | 21,165.78 | 189.14 | 20,976.64 |
| * Reversed | Memo Allocation Disbursements: | 24.36 | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| t Funds Transfer |  |  | Subtotal | 21,165.78 | 189.14 |  |
|  | Memo Allocation Net: | 4,102.98 | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 21,165.78 | 189.14 |  |

|  |  |  | | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 4,127.34 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 24.36 | Checking Account (Non-Interest Earn - *******5281) | 21,165.78 | 189.14 | 20,976.64 |
| Total Memo Allocation Net: | 4,102.98 |  | 21,165.78 | 189.14 | 20,976.64 |

Page Subtotals     21,165.78     189.14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 17-31152 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WEITH, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WEITH, MEREDITH | | Account Number / CD #: | *******5281 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2248 | | | |
| For Period Ending: | 10/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 24, 2018 |

Case Number: 17-31152  
Debtor Name: WEITH, DANIEL  
Claims Bar Date: 03/29/18  

Priority Sequence  

Joint Debtor: WEITH, MEREDITH

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $2,866.58 | $2,866.58 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $77.33 | $77.33 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $3,015.00 | $3,015.00 |
| | Subtotal for Priority 001 | | | $0.00 | $5,958.91 | $5,958.91 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $6,257.22 | $6,257.22 |
| 000002<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $294.74 | $294.74 |
| 000003<br>070<br>7100-00 | John & Geraldine Puljung<br>5401 Grand Ave<br>Western Springs, IL 60558 | Unsecured | | $0.00 | $20,000.00 | $20,000.00 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $9,827.47 | $9,827.47 |
| 000005<br>070<br>7100-00 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Unsecured | (5-1) Points Visa Signature 5436<br>(5-1) Submitted by E.Carlson | $0.00 | $8,198.41 | $8,198.41 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $7,543.26 | $7,543.26 |
| 000007<br>070<br>7100-00 | Donald Weith<br>383 Park Ave<br>Wheeling, IL 60090 | Unsecured | | $0.00 | $5,000.00 | $5,000.00 |
| | Subtotal for Priority 070 | | | $0.00 | $57,121.10 | $57,121.10 |
| | Case Totals: | | | $0.00 | $63,080.01 | $63,080.01 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-31152
Case Name: WEITH, DANIEL
               WEITH, MEREDITH
Trustee Name: Phillip D. Levey

Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000003 | John & Geraldine Puljung<br>5401 Grand Ave<br>Western Springs, IL 60558 | $ | $ | $ |
| 000004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000005 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Donald Weith<br>383 Park Ave<br>Wheeling, IL 60090 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE