UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Weith, Daniel & Meredith | ) | Case No. 17 B 31152 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on October 31, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

Adventist LaGrange Mem. Hospital
AMITA Health
5101 S Willow Springs Rd
La Grange, IL 60525-2600

American Express
PO Box 981537
El Paso, TX 79998-1537

AMEX
PO Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Citicard CBNA
PO Box 6241
Ibs Cdv Disputes
Sioux Falls, SD 57117-6241

Daniel & Meredith Weith
140 Carriage Way Dr., Unit 128C
Willowbrook, IL 60527-5728

Donald Weith
383 Park Ave
Wheeling, IL 60090-5016

Hillcrest Management
55 W. 22nd St., Suite 310
Lombard, IL 60148-4889

John & Geraldine Puljung
5401 Grand Ave
Western Springs, IL 60558-1841

Kiley M Whitty
Lillig & Thorsness, Ltd.
1900 Spring Rd.
Suite 200
Oak Brook, IL 60523-1495

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

Lending Club Corporation
71 Stevenson St., Ste 300
San Francisco, CA 94105-2985

Malcolm S. Gerald and Associates
332 S Michigan Ave
Suite 600
Chicago, IL 60604-4318

MB Financial Bank N.A.
1200 N Ashland Ave
Chicago, IL 60622-2259

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

PNC Bank
1 Financial PKWY
Kalamazoo, MI 49009-8002

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

PNC Mortgage
PO Box 8703
Dayton, OH 45401-8703