UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
                                         §
WEITH, DANIEL                            §    Case No. 17-31152
WEITH, MEREDITH                          §
                                         §
                                         §
         Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/Phillip D. Levey _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hillcrest Management 55 W. 22nd St., Suite 310 Lombard, IL 60148 | | | | | |
| | PNC Bank 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | PNC Mortgage PO Box 8703 Dayton, OH 45401 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP D. | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| ASSOCIATED BANK | | | | | |
| PRUDENTIAL FINANCIAL, INC. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist LaGrange Mem. Hospital AMITA Health 5101 S Willow Springs Rd La Grange, IL 60525 | | | | | |
| | Adventist LaGrange Mem. Hospital AMITA Health 5101 S Willow Springs Rd La Grange, IL 60525 | | | | | |
| | American Express PO Box 981537 El Paso, TX 79998 | | | | | |
| | Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citicard CBNA PO Box 6241 Ibs Cdv Disputes Sioux Falls, SD 57117 | | | | | |
| | Donald Weith 383 Park Ave Wheeling, IL 60090 | | | | | |
| | John & Geraldine Puljung 5401 Grand Ave Western Springs, IL 60558 | | | | | |
| | Kohls/Capital One PO Box 3115 Milwaukee, WI 53201 | | | | | |
| | Lending Club Corporation 71 Stevenson St., Ste 300 San Francisco, CA 94105 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial Bank N.A 1200 N Ashland Ave Chicago, IL 60622 | | | | | |
| | PNC Bank 1 Financial PKWY Kalamazoo, MI 49009 | | | | | |
| 000007 | DONALD WEITH | | | | | |
| 000003 | JOHN & GERALDINE PULJUNG | | | | | |
| 000005 | PNC BANK, N.A. | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-31152 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | WEITH, DANIEL | | | Date Filed (f) or Converted (c): | 10/18/17 (f) |
| | WEITH, MEREDITH | | | 341(a) Meeting Date: | 11/20/17 |
| For Period Ending: | 02/04/19 | | | Claims Bar Date: | 03/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 140 Carriage Way Dr.Unit 128C Burr Ridge IL | 193,750.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Toyota Corolla (LE Eco Sedan 4dr) mileage: | 8,800.00 | 9,500.00 | | 9,500.00 | FA |
| 3. 2013 Chevrolet Camaro (LS Coupe 2dr) mileage: | 10,500.00 | 5,200.00 | | 5,200.00 | FA |
| 4. Washer & Dryer, used household furnishings | 500.00 | 200.00 | | 0.00 | FA |
| 5. Books, cds, dvds | 50.00 | 0.00 | | 0.00 | FA |
| 6. 30 pin bose speaker (5 yrs old), 4 refurbished | 200.00 | 200.00 | | 0.00 | FA |
| 7. wii (10 yrs old), xbox 360 (5 yrs old) | 50.00 | 50.00 | | 0.00 | FA |
| 8. 20 yr old stereo, kindle, ipod, ipad mini (3 yrs | 250.00 | 0.00 | | 0.00 | FA |
| 9. Asus Zoom 3; iphone 7 (subject to installment | 200.00 | 0.00 | | 0.00 | FA |
| 10. I.C. logic and Analog I.C. linear Semiconductors | 1,335.00 | 0.00 | | 0.00 | FA |
| 11. Collectible coins (silver dollars) | 200.00 | 0.00 | | 0.00 | FA |
| 12. 10 year old treadmill, 7 year old bicycle, 26" | 50.00 | 0.00 | | 0.00 | FA |
| 13. Used wearing apparel; 3 yr old leather bomber | 500.00 | 0.00 | | 0.00 | FA |
| 14. wedding band and engagement ring (estate jewelry) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Rolex watch- stainless steel (7 years old) | 2,000.00 | 2,000.00 | | 2,325.00 | FA |
| 16. domestic cat | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2 kate spade purses (10 years old) | 30.00 | 30.00 | | 0.00 | FA |
| 18. walker; cpap machine; 2 canes; crutches | 500.00 | 0.00 | | 0.00 | FA |
| 19. DeWalt cordless drill/driver, Black & decker | 317.50 | 0.00 | | 0.00 | FA |
| 20. SnapOn Technicians Toolkit Valco Technicians | 425.00 | 0.00 | | 0.00 | FA |
| 21. Bench Digital Multi-Meter (DMM) Handheld DMM | 142.50 | 0.00 | | 0.00 | FA |
| 22. Electrical Components | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. Cash | 400.00 | 0.00 | | 0.00 | FA |
| 24. PNC | 183.18 | 0.00 | | 0.00 | FA |
| 25. PNC | 79.55 | 0.00 | | 0.00 | FA |
| 26. PNC | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 21.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 17-31152   Doc 52   Filed 04/02/19   Entered 04/02/19 11:34:35   Desc Main
Document      Page 10 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:  17-31152   JBS   Judge: JACK B. SCHMETTERER
Case Name:  WEITH, DANIEL
WEITH, MEREDITH

Trustee Name:  Phillip D. Levey
Date Filed (f) or Converted (c):  10/18/17 (f)
341(a) Meeting Date:  11/20/17
Claims Bar Date:  03/29/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. PNC | 1,091.69 | 0.00 | | 0.00 | FA |
| 28. PNC | 1,947.59 | 0.00 | | 0.00 | FA |
| 29. Health Savings Account | 684.33 | 0.00 | | 0.00 | FA |
| 30. Prudential Stock - 42 shares | 4,588.92 | 4,588.92 | | 4,165.14 | FA |
| 31. 401(k) SGS Automotice Services Inc Employee | 74,912.34 | 0.00 | | 0.00 | FA |
| 32. IRA Fidelity Rollover IRA | 75,479.86 | 0.00 | | 0.00 | FA |
| 33. IRA Columbia Threadneedle Investments - State | 2,746.16 | 0.00 | | 0.00 | FA |
| 34. Prudential Modified Premium Whole Life, | 5,040.75 | 0.00 | | 0.00 | FA |
| 35. Prudential Pruvider Variable Appreciable Life, | 11,083.61 | 0.00 | | 0.00 | FA |
| 36. Term Life Insurance, Beneficiary: Daniel Weith | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $402,037.98 | $21,768.92 | | $21,190.14 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/18      Current Projected Date of Final Report (TFR): 08/31/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-31152 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WEITH, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WEITH, MEREDITH | | Account Number / CD #: | *******5281 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2248 | | | |
| For Period Ending: | 02/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/18 | 2, 3 | John J. Puljung | Sale of Automobile | 1129-000 | 14,700.00 | | 14,700.00 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 14,683.08 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.83 | 14,661.25 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.09 | 14,640.16 |
| 05/31/18 | 15 | South Hampton Financial | Sale of Watch | 1129-000 | 2,325.00 | | 16,965.16 |
| | | | Sale to Anthony Davide per Order dated may 3, 2018. | | | | |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.44 | 16,941.72 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.37 | 16,917.35 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.15 | 16,892.20 |
| 08/26/18 | 30 | Prudential | DIVIDEND PAID | 1123-000 | 37.80 | | 16,930.00 |
| 08/26/18 | 30 | Pudential Financial, Inc. | Sale of Stock | | 4,102.98 | | 21,032.98 |
| | | PUDENTIAL FINANCIAL, INC. | Memo Amount:      4,127.34 | 1129-000 | | | |
| | | | Sale of Stock | | | | |
| | | PRUDENTIAL FINANCIAL, INC. | Memo Amount:   (      24.36 ) | 2990-000 | | | |
| | | | Trading Fees | | | | |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.11 | 21,006.87 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.23 | 20,976.64 |
| 12/04/18 | 010001 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,866.58 | 18,110.06 |
| | | 2722 North Racine Avenue | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 12/04/18 | 010002 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 77.33 | 18,032.73 |
| | | 2722 North Racine Avenue | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 12/04/18 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,015.00 | 15,017.73 |
| | | 2722 North Racine Avenue | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 12/04/18 | 010004 | Capital One Bank (USA), N.A. | Claim 000001, Payment 26.29107% | 7100-900 | | 1,645.09 | 13,372.64 |
| | | PO Box 71083 | | | | | |

Page Subtotals     21,165.78     7,793.14

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-31152 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WEITH, DANIEL | Bank Name: | ASSOCIATED BANK |
| | WEITH, MEREDITH | Account Number / CD #: | *******5281 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2248 | | |
| For Period Ending: | 02/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/18 | 010005 | Charlotte, NC 28272-1083<br>Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 26.29097% | 7100-900 | | 77.49 | 13,295.15 |
| 12/04/18 | 010006 | John & Geraldine Puljung<br>5401 Grand Ave<br>Western Springs, IL 60558 | Claim 000003, Payment 26.29105% | 7100-000 | | 5,258.21 | 8,036.94 |
| 12/04/18 | 010007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 26.29100% | 7100-900 | | 2,583.74 | 5,453.20 |
| 12/04/18 | 010008 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Claim 000005, Payment 26.29107%<br>(5-1) Points Visa Signature<br>5436<br>(5-1) Submitted by E.Carlson | 7100-000 | | 2,155.45 | 3,297.75 |
| 12/04/18 | 010009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 26.29102% | 7100-000 | | 1,983.20 | 1,314.55 |
| 12/04/18 | 010010 | Donald Weith<br>383 Park Ave<br>Wheeling, IL 60090 | Claim 000007, Payment 26.29100% | 7100-000 | | 1,314.55 | 0.00 |

Page Subtotals    0.00    13,372.64

Ver: 21.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-31152 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WEITH, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WEITH, MEREDITH | | Account Number / CD #: | *******5281 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2248 | | | |
| For Period Ending: | 02/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 4,127.34 | COLUMN TOTALS | 21,165.78 | 21,165.78 | 0.00 |
| * Reversed | | Memo Allocation Disbursements: | 24.36 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| t Funds Transfer | | | | Subtotal | 21,165.78 | 21,165.78 | |
| | | Memo Allocation Net: | 4,102.98 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 21,165.78 | 21,165.78 | |

Page Subtotals    0.00    0.00

Ver: 21.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-31152 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WEITH, DANIEL | | Bank Name: | Axos Bank |
| | WEITH, MEREDITH | | Account Number / CD #: | *******0103  Checking Account |
| Taxpayer ID No: | *******2248 | | | |
| For Period Ending: | 02/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | 0.00 | 0.00 | |
| t  Funds Transfer | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,127.34 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 24.36 | | Checking Account (Non-Interest Earn - ********5281 | 21,165.78 | 21,165.78 | 0.00 |
| | | | Checking Account - ********0103 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 4,102.98 | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 21,165.78 | 21,165.78 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*